UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-8721-WM

UNITED STATES OF AMERICA

v.

EDY LUIS VASQUEZ-COX,
a/k/a "Edy Luis-Vasquez,"

Defendant.
_____/

FILED BY SW D.C.
Dec 4, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ✓ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ✓ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ✓ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:  *Rinku Tribuiani*
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email: Rinku.Tribuiani@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>EDY LUIS VASQUEZ-COX,<br>a/k/a "Edy Luis-Vasquez,"<br><br>*Defendant(s)* | )<br>)<br>) Case No.  25-8721-WM<br>)<br>)<br>) |

FILED BY ___SW___ D.C.
Dec 4, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  12/02/2025  in the county of  Palm Beach  in the
Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Camacho, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date:  December 4, 2025

_____
*Judge's signature*

City and state:   West Palm Beach, FL      William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF LUIS CAMACHO**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
<u>**IMMIGRATION AND CUSTOMS ENFORCEMENT**</u>

I, Luis Camacho, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Edy Luis VASQUEZ-COX, also known as Edy LUIS-VASQUEZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about December 2, 2025, Edy Luis VASQUEZ-COX was arrested in Palm Beach County, Florida for battery on a law enforcement officer, resisting an officer without violence, and failure to appear for arraignment on a state case related to driving without a driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Edy Luis VASQUEZ-COX is a native and citizen of Guatemala. Records further show that on or about October 20, 2009, Edy Luis VASQUEZ-COX was ordered removed from the United States. The

Order of Removal was executed on or about October 10, 2018, whereby Edy Luis VASQUEZ-COX was removed from the United States and returned to Guatemala.

5. Thereafter, Edy Luis VASQUEZ-COX re-entered the United States illegally and was removed and returned to Guatemala on two additional separate occasions, on or about following dates: September 25, 2019, and November 30, 2022.

6. Records further show that on or about June 13, 2019, in the United States District Court, District of Arizona, Edy Luis VASQUEZ-COX was convicted of the felony offense of reentry of a removed alien, in violation of Title 8, United States Code, Section 1326(a) and (b)(1), case number CR-19-00276-001-TUC-RM.

7. Further review of the records shows that on or about January 26, 2021, in the United States District Court, District of Arizona, Edy Luis VASQUEZ-COX was convicted of the offense of reentry of a removed alien, in violation of Title 8, United States Code, Section 1326(a) and (b)(1), case number CR-20-00786-001-PHX-DWL.

8. Edy Luis VASQUEZ-COX's fingerprints taken in connection with his December 2, 2025 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Edy Luis VASQUEZ-COX.

9. A records check was performed in the Computer Linked Application Informational Management System to determine if Edy Luis VASQUEZ-COX filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Edy Luis VASQUEZ-COX obtained consent from the

Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States, as required by law.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about December 2, 2025, Edy Luis VASQUEZ-COX, an alien who was previously deported and removed from the United States, was found in the United States without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this  4th    day of December 2025.

_____
WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

3